890

The People of the State of Illinois, Plaintiff-Appellee, v. Michael T. Obermoeller, Defendant-Appellant.

(No. 71-14; )

Second District—November 2, 1971.

Opinion by Mr. JUSTICE SEIDENFELD.

E. Roger Horsky and Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.